PS 42
(Rev. 7/93)

# United States District Court
## District of

| | |
|---|---|
| **United States of America** | ) |
| vs. | ) |
| Cook, Amanda | ) Case   2:09CR00015-026 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Amanda Cook_____, have discussed with _____Anne Sauther_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall participate in mental health counseling and medication monitoring as directed by the United States Probation Office

I consent to this modification of my release conditions and agree to abide by this modification.

_Amanda Cook_    2-17-10          _Anne Sauther_    2/17/2010
Signature of Defendant   Date      Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_ By Phone                              2/17/2010
Signature of Defense Counsel                        Date

☑ The above modification of conditions of release is ordered, to be effective on _Feb. 17, 2010_.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                       02-17-2010
Signature of Judicial Officer                       Date