PS 42
(Rev. 7/93)

# United States District Court
## District of

United States of America    )
                            )
        vs.                 )
                            )
        Amanda Cook         )
                            )   Case   CR-09-015-EFS-26

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Amanda Cook____, have discussed with ____Anne Sauther____, Pretrial Services/ Probation Officer, modifications of my release conditions as follows:

1. Abstain totally from the use of alcohol.
2. You shall not enter into or remain in any establishment where alcohol is the primary item of sale.
3. Defendant shall participate in outpatient drug and alcohol treatment at the direction of the United States Probation Office.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5-26-10          _____  5/26/10
Signature of Defendant   Date              Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

__By Phone_____         __5/26/2010__
Signature of Defense Counsel                           Date

[✓] The above modification of conditions of release is ordered, to be effective on _immediately_
[ ] The above modification of conditions of release is *not* ordered.

_____          05-26-2010
Signature of Judicial Officer                     Date