PROB 12C
(7/93)

Report Date: September 9, 2010

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

### for the

SEP 10 2010

### Eastern District of Washington

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Cook          Case Number: 2:09CR00015-026

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 06/03/2010

Original Offense:     Knowingly or Intentionally Using a Communication Facility in Committing or in Causing or Facilitating the Commission of a Title 21 Drug Felony Offense, 21 U.S.C. § 843(b)

Original Sentence:    Probation - 60 Months          Type of Supervision: Probation

Asst. U.S. Attorney:  Russell E. Smoot          Date Supervision Commenced: 06/03/2010

Defense Attorney:     Dan B. Johnson          Date Supervision Expires: 06/02/2015

---

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: You shall participate in the home confinement program for 120 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising officer. |

**Supporting Evidence**: The offender was advised that while on home confinement she would need to have a telephone and would need to contact the probation office and leave a message every time she left her residence and when she returned.    The defendant's telephone has been disconnected since August 27, 2010. Telephone calls to the residence have been placed on August 27, 28, 30, 31 and September 1 and 6, 2010. The telephone continues to be disconnected. Ms. Cook has made no effort to contact the probation office regarding the telephone disconnection. From the beginning of home confinement, the offender has been inconsistent in calling in when she would leave and return to her residence. She has not made contact regarding her whereabouts since August 27, 2010.

Prob12C
Re: Cook, Amanda
September 9, 2010
Page 2

2          **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated
by a licensed/certified treatment provider, enter into and successfully complete an approved
substance abuse treatment program, which could include inpatient treatment and aftercare.
You shall contribute to the cost of treatment according to your ability to pay.  You shall
allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Cook has had unexcused absences from treatment on July 6, 7,
13, 28, August 2, 16, and 17, 2010.  She also failed to appear at her one on one counseling
appointments on July 23, 2010, and August 26, 2010.

3          **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and
shall submit to urinalysis testing, as directed by the supervising officer, but no more than six
tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Amanda Cook missed a urinalysis test on July 7, 2010, and
September 7, 2010.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear
to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/09/2010

s/ Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

September 10, 2010
Date