PROB 12C
(7/93)

Report Date: September 16, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 16 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Cook                    Case Number: 2:09CR00015-026

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 06/03/2010

Original Offense:   Knowingly or Intentionally using a Communication Facility in Committing or in Causing or Facilitating the Commission of a Title 21 Drug Felony Offense, 21 U.S.C. § 843(b)

Original Sentence:   Probation - 60 Months          Type of Supervision: Probation

Asst. U.S. Attorney:  Russel E. Smoot               Date Supervision Commenced: 06/03/2010

Defense Attorney:    Dan B. Johnson                Date Supervision Expires: 06/02/2015

---

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 09/09/2010.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1:** The defendant shall not commit another Federal, state or local crime. |

**Supporting Evidence:** The offender was arrested on August 11, 2010, for second degree driving while license suspended while she was on home detention.

A criminal history records check was completed on Amanda Cook on September 10, 2010. The records check revealed that the defendant was cited for second degree driving with license suspended by the Spokane Valley Sheriff's Office. The police report indicates that they were called to investigate a potential domestic violence order violation. Upon contacting Ms. Cook, it was determined that her driver's license was revoked. The defendant was cited for the violation and an arraignment was held on August 26, 2010. The defendant was on home confinement and did not have permission to be away from her residence at the time of this offense. This incident occurred at Sprague and Havana in Spokane, Washington. The defendant lives at 1314 East Queen. Ms. Cook did not notify the United States Probation Office of her contact with law enforcement.

Prob12C
Re: Cook, Amanda
September 16, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   9/16/2010

s/ Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

September 16, 2010
Date