PROB 12C
(7/93)

Report Date:  December 9, 2010

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## for the

DEC 10 2010

### Eastern District of Washington

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Amanda Cook          Case Number:  2:09CR00015-026

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 06/03/2010

Original Offense:      Knowingly or Intentionally Using a Communication Facility in Committing or in Causing
                       or Facilitating the Commission of a Title 21 Drug Felony Offense, 21 U.S.C. § 843(b)

Original Sentence:     Probation - 60 Months          Type of Supervision:  Probation

Asst. U.S. Attorney:   Russell E. Smoot               Date Supervision Commenced: 06/03/2010

Defense Attorney:      Dan B. Johnson                 Date Supervision Expires: 06/02/2015

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**:   While residing at Port of Hope Residential Reentry Center, the offender failed to attend her drug and alcohol treatment group sessions on November 30, 2010, and December 2, 2010. |
| 2 | **Special Condition # 20**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days.  Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer.  You shall abide by the rules and requirements of the facility.

**Supporting Evidence**: An incident report was submitted on November 30, 2010, indicating that the offender failed to return at the assigned time (4:45 p.m.) to the Liberty Lake bus park and ride lot.  Staff from Port of Hope waiting to pick up Ms. Cook, waited for three |

Prob12C
**Re: Cook, Amanda**
**December 9, 2010**
**Page 2**

additional buses to come. Ms. Cook was not on any of the buses. She did arrive at the parking lot at 5:25 p.m. The transportation officer overheard Ms. Cook say that she left her verification paperwork at home. She was not authorized to go home. An additional incident report was filed on December 3, 2010, indicating that Ms. Cook brought her cellular telephone into the living quarters of Port of Hope. Cellular telephones are not allowed in the living quarters.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     12/09/2010
_____

s/Anne L. Sauther
_____

Anne L. Sauther
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

12/9/10
_____
Date