PROB 12C
(7/93)

United States District Court

for the

Eastern District of Washington

Report Date: February 17, 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**FEB 17 2011**

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Cook                Case Number: 2:09CR00015-026

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 6/3/2010

Original Offense:   Knowingly or Intentionally Using a Communication Facility in Committing or in Causing or Facilitating the Commission of a Title 21 Drug Felony Offense, 21 U.S.C. § 843(b)

Original Sentence:   Probation - 60 Months            Type of Supervision: Probation

Asst. U.S. Attorney: Russell E. Smoot          Date Supervision Commenced: 6/3/2010

Defense Attorney:   Dan B. Johnson            Date Supervision Expires: 6/2/2015

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number      Nature of Noncompliance

1       **Special Condition # 16**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

        **Supporting Evidence**: Amanda Cook missed mental health counseling appointments with Tom Stebbins on December 22 and December 29, 2010 and January 5, 2011.

2       **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

      **Supporting Evidence**: Amanda Cook failed to appear for substance abuse treatment groups on December 29, 2010; January 13; and January 24, 2011. She is also not in compliance with providing verification of attendance at self-help meetings.

3      **Special Condition # 19**: You shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: Amanda Cook failed to take her urinalysis tests on January 24 and February 7, 2011.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  2/17/2011

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
•[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

2/17/11
Date