PROB 12C
(7/93)

Report Date: March 17, 2011

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 18 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Amanda Cook                    Case Number: 2:09CR00015-026

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 6/3/2010

Original Offense:    Knowingly or Intentionally Using a Communication Facility in Committing or in
                     Causing or Facilitating the Commission of a Title 21 Drug Felony Offense, 21 U.S.C. §
                     843(b)

Original Sentence:   Probation - 60 Months            Type of Supervision: Probation

Asst. U.S. Attorney: Russell E. Smoot                 Date Supervision Commenced: 6/3/2010

Defense Attorney:    Dan B. Johnson                   Date Supervision Expires: 6/2/2015

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Defendant had a positive urinalysis test for THC/Marijuana on March 8, 2011. |
| 5 | **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Amanda Cook failed to take her scheduled urinalysis tests on February 28 and March 7, 2011. |

The U.S. Probation Office respectfully recommends that the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition. It is respectfully recommended that the Court incorporate the violations contained in this petition with the report and petition submitted on February 17, 2011.

Prob12C
Re: Cook, Amanda
March 17, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/17/2011

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/18/11
Date