PROB 12C
(7/93)

Report Date: April 27, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**APR 28 2011**

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Cook          Case Number: 2:09CR00015-026

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 6/3/2010

Original Offense:  Knowingly or Intentionally Using a Communication Facility in Committing or in Causing or Facilitating the Commission of a Title 21 Drug Felony Offense, 21 U.S.C. § 843(b)

Original Sentence:  Probation - 60 Months          Type of Supervision: Probation

Asst. U.S. Attorney:  Russell E. Smoot          Date Supervision Commenced: 6/3/2010

Defense Attorney:  Dan B. Johnson          Date Supervision Expires: 6/2/2015

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #4**:  The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: Amanda Cook had a confirmed positive urinalysis test for THC/marijuana on April 14, 2011. |
| 7 | **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  Amanda Cook failed to submit to a scheduled urinalysis test on April 18, 2011.

8          **Special Condition #18**:  You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**:  Amanda Cook failed to appear for substance abuse treatment groups on March 29, March 30, April 6, April 13, and April 26, 2011.

9          **Special Condition #16**:  You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider.  You shall contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**:  Amanda Cook missed mental health counseling appointments with Tom Stebbins on March 30, and April 11, 2011.

The U.S. Probation Office respectfully recommends that the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.  It is respectfully recommended that the Court incorporate the violations contained in this petition with the report and petition submitted on February 17, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    4/27/2011
_____

s/Anne L. Sauther
_____

Anne L. Sauther
U.S. Probation Officer

---

## THE COURT ORDERS

[  ]    No Action
[ x ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other



Signature of Judicial Officer
_____

4/28/11
_____

Date