PROB 12C
(7/93)

Report Date: July 6, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 10 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Cook                    Case Number: 2:09CR00015-026

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 3, 2010

Original Offense:    Knowingly or Intentionally Using a Communication Facility in Committing or in Causing
                     or Facilitating the Commission of a Title 21 Drug Felony Offense, 21 U.S.C. § 843(b)

Original Sentence:   Probation - 60 Months              Type of Supervision: Supervised Release

Asst. U.S. Attorney: Russell E. Smoot                   Date Supervision Commenced: September 2, 2011

Defense Attorney:    Dan B. Johnson                     Date Supervision Expires: September 1, 2012

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: The offender has not submitted a monthly report for June 2012. |
| 2 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: After a missed urinalysis test on February 8, 2012, Ms. Cook was directed to come into the probation office every Monday to receive further direction. Ms. Cook failed to report on March 5 and 26, and April 23, 2012. She also failed to report every Monday during the month of May 2012. |
| 3 | **Special Condition #15**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay. |

          **Supporting Evidence**: Amanda Cook failed to attend her counseling appointments with Robert Shepard on April 5, 9 and 16, 2012. She made no attempt to schedule appointments for the month of May 2012. She has been terminated from the program.

4        **Special Condition #18**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances..

          **Supporting Evidence**: Amanda Cook missed urinalysis testing on February 8, March 26 and April 24, 2012. She was directed to come into the U.S. Probation Office on April 25, 2012, to submit a urinalysis sample, which she failed to do. Ms. Cook also failed to submit a urinalysis sample on May 21, 2012.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/06/2012

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/10/12

Date