Case 2:09-cr-00015-EFS   Document 2971   Filed 07/17/12

PROB 12C
(7/93)

Report Date: July 17, 2012

**United States District Court**

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 17 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Amanda Cook                      Case Number: 2:09CR00015-026

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 3, 2010

Original Offense:        Knowingly or Intentionally Using a Communication Facility in Committing or in Causing
                         or Facilitating the Commission of a Title 21 Drug Felony Offense, 21 U.S.C. § 843(b)

Original Sentence:       Probation - 60 Months              Type of Supervision: Supervised Release

Asst. U.S. Attorney:     Russell E. Smoot                   Date Supervision Commenced: September 2, 2011

Defense Attorney:        Dan B. Johnson                     Date Supervision Expires: September 1, 2012

## PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings withe the violation(s) previously reported to the Court on July 6, 2012.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: Ms. Cook was arrested on an outstanding state warrant in Newport, Washington. On July 16, 2012, the U.S. Probation Office contacted the offender's husband, Mike Cook. He indicates that the offender has abandoned him and their children, and has not lived at the residence for over a month. Ms. Cook has not notified the United States Probation Office of any new address. It appears that Ms. Cook has absconded from supervision. |
| 6 | **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Cook failed to appear for her urinalysis test on July 5, 2012. She has not contacted the United States Probation Office regarding this missed urinalysis test. |

Prob12C
Re: Cook, Amanda
July 17, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/17/2012

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

7/17/12
Date